# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **DOYLE OLLIS JR.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:05CV119** |
| | ) | |
| v. | ) | |
| | ) | |
| **HEARTHSTONE HOMES, INC.,** | ) | **ORDER** |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

    This matter is before the court on defendant's Motion for leave to file an amended Answer and Setoff (#11). Rule 15(a) of the Federal Rules of Civil Procedure provides that leave to amend a pleading "shall be freely given when justice so requires." Having reviewed the proposed pleading, and upon counsel's representation that there is no objection, I find that the motion should be granted. Pursuant to Fed. R. Civ. P. 15(a) and NECivR 15.1,

    **IT IS ORDERED** that defendant's Motion (#11) is granted. Defendant shall file and serve the amended pleading on or before June 15, 2005.

    **DATED June 9, 2005.**

                                             **BY THE COURT:**

                                             **s/ F.A. Gossett**
                                             **United States Magistrate Judge**