# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **DOYLE OLLIS, JR.,** | **CASE NO. 8:05CV119** |
| **Plaintiff,** | |
| vs. | **ORDER** |
| **HEARTHSTONE HOMES, INC.,** a Nebraska corporation, | |
| **Defendant.** | |

This matter is before the Court on the Plaintiff's Motion for an Extension of Time to respond to the Defendant's Motion for Summary Judgment. (Filing No. 24.) The motion was timely made before the expiration of the original deadline, and it shall be granted. The parties are encouraged to resolve whatever outstanding discovery disputes may exist forthwith.  Accordingly,

IT IS ORDERED:

1. Plaintiff's Motion for an Extension of Time (Filing No. 24) is granted; and

2. The Plaintiff shall respond to the Defendant's Motion for Summary Judgment by filing his brief and evidence, if any, on or before Monday, January 30, 2006.

DATED this 3rd day of January, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge