IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DOYLE OLLIS, JR., | ) | |
| | ) | Case No. 8:05CV119 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| HEARTHSTONE HOMES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

On the Court's own motion, the final pretrial conference in this case will be rescheduled.

**IT IS ORDERED** that the final pretrial conference now scheduled for Monday, April 3, 2006 at 11:00 a.m., is rescheduled to **Tuesday, March 28, 2006 at 9:00 a.m.** The conference will be held in the chambers of the undersigned magistrate judge, Room 2210, Roman L. Hruska U. S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

Dated this 3rd day of February 2006.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge