## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **DOYLE OLLIS, JR.,** | ) | **CASE NO. 8:05CV119** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **HEARTHSTONE HOMES, INC.,** | ) | |
| a Nebraska corporation, | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on Defendant HearthStone Homes, Inc.'s Motion to Seal Evidence in Support of Defendant's Motion in Limine. (Filing No. 45). For good cause shown,

IT IS ORDERED:

1. HearthStone Homes, Inc.'s Motion to Seal Evidence in Support of Defendant's Motion in Limine (Filing No. 45) is granted, and the Clerk is directed to allow HearthStone Homes, Inc., to file the designated documents under seal.

2. The Court directs HearthStone Homes, Inc., to serve a copy of the documents to be filed under seal on Plaintiff's counsel.

DATED this 30th day of March, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge