IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **DOYLE OLLIS, JR.,** )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>**HEARTHSTONE HOMES, INC.,** )<br>a Nebraska corporation, )<br>)<br>**Defendant.** ) | **CASE NO. 8:05CV119**<br><br><br><br>**ORDER** |

This matter is before the Court on the Defendant HearthStone Homes Inc.'s Motion for Leave to File an Amended Brief and Evidence Index in Support of Defendant's Renewed Motion for Judgment as a Matter of Law. (Filing No. 84). Defendant seeks an extension of time until Friday, May 5, 2006, to file its Amended Brief and Evidence Index, in order to allow Defendant to review a transcript of the testimony presented at trial. Defendant requested a copy of the transcript from the Court Reporter and did not expect to receive the copy until Friday, April 28, 2005. Defendant submits a copy of the transcript is necessary to sufficiently brief the issues and accurately recite the testimony presented at trial. Plaintiff does not oppose Defendant's motion. Accordingly,

IT IS ORDERED:

1. Defendant's Motion for Leave to File an Amended Brief and Evidence Index in Support of Defendant's Renewed Motion for Judgment as a Matter of Law (Filing No. 84) is granted;

2. Defendant shall file its Amended Brief and Evidence Index on or before Friday, May 5, 2006; and

3.  Plaintiff shall file his responsive brief, if any, within 10 days following Defendant's filing as computed by Fed. R. Civ. P. 6(a) and NECivR 7(b)(1)(B).

DATED this 2nd day of May, 2006.

                          BY THE COURT:

                          s/Laurie Smith Camp
                          United States District Judge