IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **DOYLE OLLIS, JR.,** | ) | CASE NO. 8:05CV119 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **HEARTHSTONE HOMES, INC.,** | ) | |
| a Nebraska corporation, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant HearthStone Homes Inc.'s Motion for Extension of Deadline for Defendant's Brief in Support of Its Renewed Motion for Judgment as a Matter of Law. (Filing No. 86). Plaintiff does not oppose Defendant's motion. Accordingly,

IT IS ORDERED:

1. Defendant's Motion for Extension of Deadline for Defendant's Brief in Support of Its Renewed Motion for Judgment as a Matter of Law (Filing No. 86) is granted;

2. Defendant shall file its brief and evidence index on or before May 10, 2006; and

3. Plaintiff shall file his responsive brief, if any, within 10 days following Defendant's filing as computed by Fed. R. Civ. P. 6(a) and NECivR 7(b)(1)(B).

DATED this 4th day of May, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge