**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **DOYLE OLLIS JR.,** | ) | **CASE NO. 8:05CV119** |
| **Plaintiff,** | ) | |
| v. | ) | **ORDER APPROVING** |
| | ) | **SUPERSEDEAS BOND** |
| **HEARTHSTONE HOMES,** | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's Motion for Approval of Supersedeas Bond on Appeal. The Plaintiff has filed no objection to the motion. I have reviewed the motion and the proposed bond, which is appended to the motion and identified as Exhibit A. I find that it satisfies the legal requirements. Accordingly,

IT IS ORDERED:

1. The Motion for Approval of Supersedeas Bond on Appeal (Filing No. 111) is granted;

2. The supersedeas bond in the form of Exhibit A to the motion is approved;

3. The execution of the judgment is stayed pending appeal.

DATED this 24th day of August, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge